Judge Rosenstengel,

 Does this look like an effective means to defend case?

1. Vision is required, but the "victim*" is in control of my medical necessity lens & glasses. *USMS

2. Stand-by Counsel? Phones is blocked & I do not have address, even if I would have writing supplies — which I don't — SEE 1 USMS denial — CCJ = no paper envelopes pen etc

3. Kelley is unilaterally defeating discovery in 3 current litigations — I/DEFENSE REQUIRE DVD USE

4. VENUE / VAGUE INDICTMENT MOTION require argument — as paper restriction forced overly cryptic filing

— HOLD HEARING A.S.A.P., or refuse, then this can be NOA

15-30158-NJR                        William Malie

Amy Baron-Evans
National Sentencing Resource Counsel
Federal Public and Community Defenders
51 Sleeper Street 5th floor
Boston, MA 02210
phone: (617) 429-2403
email: abaronevans@gmail.com

WILLIAM MABIE
CLINTON COUNTY JAIL
810 FRANKLIN
CARLYLE IL 62231


SAINT LOUIS MO 630
19 DEC 2015 PM 4 L



Inmate Mail
from Clinton County
Sheriff Department

MAIL CLERK
U.S. MARSHALS

JUDGE ROSENSTENGEL
750 MISSOURI AVE
EAST ST. LOUIS IL 62201