Mabie-000032

INRE: US v MABIE

Nancy,

Seriously, are you on crack?

1. Read MISSOURI v. BAUMRUCK*, then decide if the trial should be held at the "crime scene";

2. The court appointed a stand-by, but fails to provide any means of contact
   A. PHONE BLOCKED — (BY "VICTIM" USMS?)
   B. NO ADDRESS — AND THIS IS THE LONE STAMP FOR THE WEEK ANYWAY

3. Vision (GLASSES) required

4. After venue ~~motion~~ and indictment clarification, ~~we can deal~~ with Double Jeopardy & Subpoenas — ONCE I GET ACCESS TO COURT ~~IN~~ PAPER, ENVELOPES

— CALL A F**XING HEARING

cordially
William Mabie

* OR BAUMRUK
NO LEGAL RESOURCE
AVAILABLE

WILLIAM MABE
810 FRANKLIN
CARLYLE, IL

Inmate Mail
from Clinton County
Sheriff Department

United States District Court
750 MISSOURI AVE
East Saint Louis IL, 62201



ATTN: ROSENSTENGEL

RECEIVED
DEC 22 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE