Inmate Mail from Clinton County Sheriff Department

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for MABIE, WILLIAM J (FID 1612972)

INRE: US v MABIE 30158 RM?

Judge Mills,

This is no way to defend a case,
No paper, no glasses, no contact w/
Stand-by,
No Meds — violations of 18 USC 4003
thru 4013

How about a hearing? *

UNITED STATES
V.
WILLIAM J. MABIE
15-CR-30158-NJR

William Mabie

VENUE, INDICTMENT
Other motion w/paper available

03/24/2015 10:36 AM EDT                                          9

Mabie-000028

**RECEIVED**
JAN -6 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

W MABIE
810 FRANKLIN
CARLYLE IL 62231

Inmate Mail
from Clinton County
Sheriff Department



United States District Court
750 Missouri Avenue
East Saint Louis IL 62201

MAIL CLEARED
US MARSHALS

62201295429