FOR 15cr 30158 RHM FILE

Dear Clerk,

Is it possible to get a copy of the juror (VENIRE) questions submitted in case 14cr30076MJR? THANKS William Mabie

I DONT HAVE DOCKET SHEET FOR SUBMISSION

---

I have been able to borrow only 1 stamped envelope, so I must also address discovery issue with gov't, assuming AUSA Kelbley also gets a copy - SORRY THAT I MUST DO THINGS THIS WAY

---

~~Kelbley~~ Dirtbag,

① The Court ordered you to respond regarding the USMS/911/MEDSTAR * call "7157" of 3/12/15 2:27 pm. Where is it? ② Also the name and preferrably contact info, and call to the unnamed company purported to have informed (?)SMJ Woods that the 3/12/15 Holding Cell area video was unrecoverable. What is it? Have you ever heard of BRADY v MARYLAND? or MARYLAND v BRADY? JENCKS? NO- THIS IS BRADY MATERIAL

* The F.B.I. interview w/ OLMO confirms USMS was misleading about 3/12/15, having told OLMO I was "running" from USM.

③ Alton Jail call, of 3/12/15 - I may have the call, on DVD, but I have no way of playing/hearing/reproducing this item; I'll bet you can call Clinton County and the staff here can accomplish this, for your copy.

④ I now have a transcript of 4/3/15, and glasses. I can tell you your ~~portrayal~~ to Court of "gov't has no knowledge of this call" is straight FRAUD! Woods did not tell ALTON POLICE any specifics in which to locate call, so USMS/USAO did not want it found. The "1000'S" of calls is plain silly - ALTON population is around 12,000, so not 1 in 12 persons called. Plus ALTON POLICE is not ALTON JAIL, And Woods testimony, is in fact, that he had NO IDEA ONE WAY OR THE OTHER, which is in no way definite. When you now call to recover the 3/12/15 call, You can also recover the 4/2/15 call - SDUSM Woods to Alton Police - it is very impeaching, (no good faith effort) which tends to back defense contention that USMS were in fact concealing USMS crime of beating me while I was handcuffed and shackled = PROBABLY DESTROYED VIDEO

Speaking of shackled, in the 4/3/15 questioning of Berry, one would get the idea that I was not shackled, at time of Berry re-opening the door. Reality is that everyone remains shackled at all times (UNLESS RE SHACKLING - FOR TRIAL)

By way of discovery I am requesting the possible length ✱ of stride a person could make while shackled. (THIS OF COURSE MAKES THE STORY OF "RUSHING" OUT OF A GATE, IN SHOWER SHOES, VERY UNLIKELY) Also F.B.I. forgot to get dimension of corridor & gate - a 48" hallway simply does not have room to fit 3 fat DUSM'S and defendant - AT ARMS LENGTH - TO PUNCH HIM - unless DUSM back away to allow person out. (Oh and how about the USMS "Policy" that Berry refers to on 4/3/15, and of course, the reason why he did not follow it - (HE NEVER CALLED MERCHANT TO DOOR, IN FACT MILNER HAD TO GRAB MERCHANT).

Which story does gov't intend to use?
Merchant - could not see what happened after he left (BUT HEARD A BEATING)
Milner - "came together" but could not see (BECAUSE IT DID NOT HAPPEN IN HALL)
Brigham - "struck one time" - tough to explain all those impact points
Berry - Q: Did you strike him more than 20 times A: "I don't recall"

Also, Did F.B.I. send the video hard drive to its forensic labratory? Did F.B.I. find real reason for no video? MOST LIKELY DISABLED PRIOR TO EVENT, OR REMOVED DISK AFTER, & Did Blazinik attempt to see video on 3/12? I'll bet there are performance gaurantees built in to the installation contract (WHY ELSE WOULD USMS REMOVE A FUNCTIONING VIDEO SYSTEM - VHS - for DVD) lets see the contract, and of course the "corrective" action taken.

✱ Probable defense live shackle demonstration - (I suggest YOU put on leg shackles, and see how fast you can move, YOU will know Berry is lying) - FEEL FREE TO DUMP THIS CASE AT ANYTIME.

William Malie



M. MABIE
0 FRANKLIN
CARLYLE IL

United States District Court
750 Missouri Avenue
East Saint Louis IL 62201

Inmate Mail
from Clinton County
Sheriff Department