In the United States District Court for the Southern
District of Illinois

Inmate Mail
from Clinton County
Sheriff Department

United States of America
              V                          15 cr 30158 RHM
William Mabie

            Statement of the Case

    Government by and through United States
Attorneys Office brings this case for
reason of self-preservation. DUSM Derry
implies that beating of defendant, while
handcuffed, is a criminal act, for the person
being beaten.

    Court indicated Gov't/Deft should "get together"
on a statement of the case. NOT LIKELY.
Gov't has perverted previous meeting, through
blatant rule 410 violation & used to revoke PRO SE
status & twice at trial = no thanks to any meeting.
    That USAO has made a mortal enemy
can not seriously be debated. Repeated use of
known perjured testimony, lying to conceal evidence,
NOT JUST DISINGENUOUS FILINGS, I.E. GOV'T RESPONSE
DOC. 38 (Woods said he did not know about ACJ calls & inre:
video, and that his retrieval attempt was his first use of
system - hardly an expert & this was 4/3 - F.B.I.
did not look until 6/10 - Clairvoyant?)

Inmate Mail
from Clinton County
Sheriff Department

the failure to allow glasses, so deft could read transcript – which he was not provided until hearing, is serious compromising of defense. Gov't knew, Court knew, USCA 7th will soon. of these unreasonably oppressive conditions. That someone would be prosecuted for being the recipient of a blow, is almost comical. Almost. The 102 months over guideline, for this "relevant" conduct is not as funny. AUSA needs a life sentence, to get away with its prior crimes – Misprision, (related to 07-018733) Concealing evidence (like computor) false affidavits, & I am speaking of USAO of Southern Illinois. Some of this is outlined on 14-3449. When I say "Mortal" enemy – that is what it implies. FBI has it well documented of these crimes, and hides its head. USAO- E.D. MO & S.D. IL, is attempting to lie its way to 30+ years in total, likely life sentence, and this began with Grand Larceny against me & so, no we will not be friends.

Keep in mind there is no indication DUSM Berry sought a prosecution, or even an investigation, (Deft did & still does!) so it is USAO pushing it.

William Malize

I have 1 stamp left & will use that to attempt to gather evidence. I have defense instructions here. Questions for jurors? somehow lost in shipment to Ghidina.

Inmate Mail
from Clinton County
Sheriff's Department

Discovery - Mr. Ghidina brought by
the Shattnik pictures - USAO should have
them from 30076 MJR - or come get a copy.

911 call / Medstar
       911 calls are recorded - USAO drags
feet - GET IT - or Court must allow
defense a means to do so.

I have written ACJ, to attempt to
secure one of the hard plastic showers shoes,
(EXCULPATORY, AS A 54 YEAR OLD - WITH NO
HISTORY OF ASSUALT - IS NOT LIKELY TO BULL
RUSH 3 DUSMS, WHILE BEING OUTWEIGHED
185 LBS to 800 LBS, WHILE WEARING SHOWER SHOES,
FROM A RANGE OF APPROXIMATELY 20")
       Speaking of ACJ, now that I have read
transcript, any assertion that Gov't KNOWS
call does not exist is just plain stupid.

MABIE
810 FRANKLIN
CARLYLE IL 62231

Inmate Mail
from Clinton County
Sheriff Department

United States District Court
750 Missouri Avenue
East Saint Louis IL 62201